IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL FRANCIS HENDRIE,

      Plaintiff,                    No. CIV S-06-1617 LKK DAD PS

     vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.            <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 3, 2006, are adopted in full; and

1          2.  This matter is dismissed for lack of subject matter jurisdiction.  <u>See</u> Fed. R.
Civ. P. 12(h)(3).

DATED:    September 11, 2006.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```